IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PARRIS MARSHAY HILL**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**#0033839**

VS.　　　　　　　　　　　No. 3:22-cv-00070-BRW

**BRENT COX, Administrator,**
**Greene County Detention Center,** *et al.*　　　　　　　　　　　**DEFENDANTS**

## ORDER

Parris Marshay Hill has not complied with the March 30, 2022 Order directing him to file a motion to proceed *in forma pauperis* or pay the $402 filing fee.[1] The time to do so has expired. Thus, this case is dismissed without prejudice due to a lack of prosecution.[2] I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[3]

IT IS SO ORDERED this  4th   day of May, 2022.

　　　　　　　　　　　　　　　　　　　　　　　BILLY ROY WILSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Doc. 2.

[2] Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

[3] 28 U.S.C. § 1915(a)(3).