IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PARRIS MARSHAY HILL**                                                                                          **PLAINTIFF**
**#0033839**

VS.                                            No. 3:22-cv-00070-BRW

**BRENT COX, Administrator,**
**Greene County Detention Center,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this  4th  day of May, 2022.

                                              BILLY ROY WILSON
                                   UNITED STATES DISTRICT JUDGE